ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2019 AUG -7 PM 3: 46

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. |
| v. | |
| JOSHUA BLAKE BROWNING | 3-19CR-368-S |

### INDICTMENT

The Grand Jury charges:

Count One
Escape from Custody
(Violation of 18 U.S.C. § 751(a))

On or about July 9, 2019, in the Dallas Division of the Northern District of Texas, **JOSHUA BLAKE BROWNING**, defendant, did knowingly escape from custody from the Federal Prison Camp in Seagoville, Texas, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Eastern District of Texas upon the commission of the offense of Possession of a Firearm in Furtherance of a Drug Trafficking Crime in violation of 18 U.S.C. § 924(c)(1).

In violation of 18 U.S.C. § 751(a).

<u>Count Two</u>
Possessing Contraband in Prison
(Violation of 18 U.S.C. § 1791(a)(2) and (b)(4))

On or about July 9, 2019, in the Dallas Division of the Northern District of Texas, **JOSHUA BLAKE BROWNING**, an inmate of the Federal Correctional Institute at Seagoville, Texas, a federal correctional institute that houses persons under the direction of the Attorney General, possessed a prohibited object, to wit: a phone or other device used by a user of a commercial mobile service in connection with such service.

In violation of 18 U.S.C. §1791(a)(2) and (b)(4).

A TRUE BILL:

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
Suzanna O. Etessam
Assistant United States Attorney
Texas State Bar No. 17572420
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: (214) 659-8600
Facsimile: (214) 659-8803
Email: Suzanna.Etessam@usdoj.gov

Indictment – Page 2

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

JOSHUA BLAKE BROWNING

INDICTMENT

18 U.S.C. § 751(a)
Escape from Custody
(Count 1)

18 U.S.C. § 1791(a)(2) and (b)(4)
Possessing Contraband in Prison
(Count 2)

2 Counts

A true bill rendered

DALLAS                                                                                          FOREPERSON

Filed in open court this __7__ day of August, 2019.

---

**Warrant to be Issued**

---

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 3:19-MJ-00614-BT